# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PYROTEK INCORPORATED,

_____ )
                  *Plaintiff*                )
                   v.                        )       Civil Action No.   2:16-cv-00322-JLQ
CENTRAL NATIONAL INSURANCE COMPANY OF        )
OMAHA, et al.                                )
                                             )
_____
                  *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The First Amended Complaint (ECF No. 30) is DISMISSED WITH PREJUDICE and without cousts or attorneys' fees to
           any party.
           The Motion to Dismiss or Stay (ECF No. 37) is DENIED AS MOOT.
           Within 14 days of Order, the remaining Defendants in this matter to answer or otherwise respond to the Amended
           Complaint.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    JUSTIN L. QUACKENBUSH_____    Pursuant to Federal Rules of Civil
    Procedure 41(a)(1)(A) and 41(a)(1)(B).

Date:  06/13/2017_____           *CLERK OF COURT*

                                           SEAN F. McAVOY
                                           _____

                                           s/ Allison Yates
                                           _____
                                                      *(By) Deputy Clerk*

                                           Allison Yates
                                           _____