# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Pyrotek Incorporated,

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Central National Insurance Company of Omaha, et al. | ) |
| | ) |
| _____ | |
| *Defendant* | |

Civil Action No.   2:16-cv-322-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment entered dismissing the Amended Complaint and the claims therein against: St. Paul Fire and Marine Insurance
Company, The Travelers Indemnity Company, and Travelers Casualty and Surety Company WITH PREJUDICE and
without costs or attorneys' fees to any party.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   JUSTIN L. QUACKENBUSH_____ pursuant to
Fed.R.Civ.P. 41(a)(1)(A).

Date:  08/16/2017_____

*CLERK OF COURT*

SEAN F. McAVOY_____

s/ Allison Yates_____
*(By) Deputy Clerk*

Allison Yates_____